# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Stephen Zarate,

Petitioner

v.

Clark County Detention Center,

Respondent

Case No.: 2:22-cv-01448-JAD-BNW

**Order Dismissing Action**

On September 6, 2022, Stephen Zarate, who is apparently incarcerated at the Clark County, Nevada, Detention Center, filed an application to proceed *in forma pauperis*,[1] initiating this action. I summarily dismiss this action because Zarate has not paid the filing fee, has not filed a complete application to proceed *in forma pauperis*, and has not submitted a petition for writ of habeas corpus.

Zarate's application to proceed *in forma pauperis* is incomplete because the financial certificate in the application is not signed by a detention center officer. For this reason, I deny Zarate's *in forma pauperis* application. And, because Zarate has not paid the filing fee and has not filed a proper *in forma pauperis application*, I also dismiss this case.

Furthermore, while it appears from Zarate's *in forma pauperis* application that he intended to initiate a habeas corpus action, he has not submitted a petition for writ of habeas corpus. So I dismiss this action on this further and alternative ground. This dismissal is without prejudice to Zarate initiating a new habeas corpus action by submitting a habeas petition along with payment of the filing fee or a proper application to proceed *in forma pauperis*. I direct the Clerk to send Zarate the necessary forms.

---

[1] ECF No. 1.

IT IS THEREFORE ORDERED that Petitioner's Application to Proceed *in Forma Pauperis* **(ECF No. 1)** is **DENIED**.

IT IS FURTHER ORDERED that **this action is DISMISSED** without prejudice, and the Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY** and **CLOSE THIS CASE**. **A certificate of appealability is DENIED** because jurists of reason would not find debatable whether the Court is correct in dismissing this action.

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to:**

- **ADD** Aaron D. Ford, Attorney General of the State of Nevada, to the docket for this case, as counsel for the Respondents.

- **SERVE** the Respondents with a copy of the habeas petition (ECF No. 1) and a copy of this order. Respondents need take no action with respect to this case.

- **SEND** Petitioner a copy of the forms for an application to proceed *in forma pauperis*, a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

_____
U.S. District Judge Jennifer A. Dorsey
September 16, 2022